# UNITED STATES of America, Appellee,

v.

# Antonio JOHNSON, Appellee.

## No. 03–3363.

United States Court of Appeals,
Eighth Circuit.

Submitted April 22, 2004.

Decided May 10, 2004.

Edward J. Rogers, Asst. U. S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Antonio Johnson, Beaumont, TX, pro se.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Antonio Johnson appeals the district court's [1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record, we agree with the district court that Johnson is not entitled to a sentence reduction based on Amendment 518 to the Sentencing Guidelines. *See* U.S.S.G. § 1B1.10(a); *Delgado v. United States*, 162 F.3d 981, 983 (8th Cir.1998).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.